

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00176-CR

EX PARTE

GALE CORBETT HUTCHINSON

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion For Voluntary Dismissal," "Motion And Request For Temporary Relief for Accelerated Appeal," and "Motion To Withdraw As Attorney Of Record." The motion to dismiss complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f). Because the appeal is dismissed, the motion for accelerated appeal and the motion to withdraw are **DENIED AS MOOT**.

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 11, 2011